UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

LANA LASTRA VARGO, a/k/a LANA
MARIE LASTRA, a/k/a LANA MARIE
VARGO,

Case No. 8:15-bk-12353-CED

Chapter 13

_____Debtor._____/

## CHAPTER 13 PLAN

**CHECK ONE:**

__X__ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

____ The Plan contains provisions that are specific to this Plan in paragraph 9 Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1. MONTHLY PLAN PAYMENTS**: Plan payments include the Trustee's fee of 10% and shall begin thirty (30) days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors.:

A.  $2,004.00 per month for months 1 to 60 in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY'S FEES**:

**Base fee: $3,600.00**    **Total Paid Prepetition: $3,600.00 Balance Due: $0.00**

**Estimated Additional Fees Subject to Court Approval: $0.00**

**Attorney's Fees Payable through Plan $0.00 Monthly (subject to adjustment)**

**3. PRIORITY CLAIMS: (as defined in 11 U.S.C., §507)**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

Page 1 of 5

| **Last 4 Digits of Acct No.** | **Creditor** | **Total Claim** |
|---|---|---|
| 7296 | Dept of Treasury, Internal Revenue Service | $1,600.00 |

**4. TRUSTEES FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5. SECURED CLAIMS.** Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

    **(A) Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| **Last 4 Digits of Acct No.** | **Creditor** | **Collateral Address** | **Reg. Mo. Pmt.** | **Gap Pmt.** | **Arrears** |
|---|---|---|---|---|---|
| | Wells Fargo | 3310 Korina | $1,256.38 | $0.00 | $30,654.51 |

    **(B) Claims Secured by Real Property/Debtor Intend(s) to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| **Last 4 Digits of Acct No.** | **Creditor** | **Collateral Address** | **Pmt. Amt.** |
|---|---|---|---|
| None | | | |

    **(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Under 11 U.S.C., §1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| **Last 4 Digits of Acct No.** | **Creditor** | **Collateral Desc./Address** | **Claim Amt.** | **Value.** | **Pmt.** | **Interest @ ___%** |
|---|---|---|---|---|---|---|
| None | | | | | | |

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| **Last 4 Digits of Acct No.** | **Creditor** | **Collateral Desc./Address** | **Claim Amt.** | **Pmt.** | **Interest @ ___%** |
|---|---|---|---|---|---|
| | Always Green | 3310 Korina | $227.50 | 3.79 | 0% |

**(F) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct tot he creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below).

| **Last 4 Digits of Acct No.** | **Creditor** | **Property/Collateral** |
|---|---|---|
| | Carrollwood Civic Asso | 3310 Korina |

**(G) Liens to be Avoided per 11 U.S.C., §522/Stripped Offer per 11 U.S.C., §506.** A separate motion to avoid a lien under §522 or to determine secured status and to strip a lien under §506 must be filed.

| **Last 4 Digits of Acct No.** | **Creditor** | **Collateral Description/Address** |
|---|---|---|
| None | | |

**(H) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below).

| **Last 4 Digits of Acct No.** | **Creditor** | **Property/Collateral to be Surrendered** |
|---|---|---|
| 2025 & 1155 | Suncoast Credit Union | 2006 Ford Explorer |

## 6. LEASES/EXECUTORY CONTRACTS:

| **Last 4 Digits of Acct No.** | **Creditor** | **Property** | **Assume/Reject-Surrender** | **Est. Arrears** |
|---|---|---|---|---|
| None | | | | |

**7. GENERAL UNSECURED CREDITORS**: General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above-referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $1,400.00.

## 8. ADDITIONAL PROVISIONS:

(A). Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(B). Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C). Property of the estate (check one)*

  1. ____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

  2. _X_ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if the Debtor checks both (1) and (2), property of the estate shall not vest in the Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D). The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E). The Debtor may attach a summary or spreadsheet to provide an estimate of

anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F). Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if the Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9. **NONCONFORMING PROVISIONS:**  None

_____   Dated: 12-23-15
Debtor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Chapter 13 Plan has been furnished by U.S. Mail to all parties listed on the attached matrix this 23rd day of December, 2015.

LAW OFFICE OF RONALD R. BIDWELL P.A.
Ronald R. Bidwell, Esquire
1205 W. Fletcher Avenue, Suite B
Tampa, FL 33612
(813)908-7700 Facsimile (813)962-6156
Florida Bar #298867
ATTORNEY FOR DEBTOR.

```
Label Matrix for local noticing        Cary Delano                          Wells Fargo
113A-8                                  Tampa                                3310 Korina Lane
Case 8:15-bk-12353-CED                                                       Tampa, FL 33618-4216
Middle District of Florida
Tampa
Wed Dec 23 16:24:41 EST 2015

Always Green Inc.                       Baycare Diagnostic Centers           Carrollwood Civic Assoc Inc
120 Roberts Road                        2985 Drew Street                     Attn James Powell Reg Agent
Oldsmar, FL 34677-4915                  Clearwater, FL 33759-3012            3043 Samara Drive
                                                                             Tampa, FL 33618-4305


Citibank South Dakota NA                Comenity Bank/PTTRYB                 Department of Revenue
P O Box 6500                            P O Box 182789                       PO Box 6668
Sioux Falls, SD 57117-6500              Columbus, OH 43218-2789              Tallahassee, FL 32314-6668


Dept of Treasury/IRS                    (p)HORIZON FINANCIAL MANAGEMENT LLC  Internal Revenue Service
Philadelphia CIO                        9980 GEORGIA ST                      P.O. Box 7346
P O Box 7346                            CROWN POINT IN 46307-6520            Philadelphia, PA 19101-7346
Philadelphia, PA 19101-7346


Lindsay M. Alvarez, Esquire             Macy's/DSNB                          Midland Credit Management
ASS SHULER P.A.                         P O Box 8218                         GE Money Bank
P O Box 800                             Mason, OH 45040-8218                 8875 Aero Drive #200
Tampa, FL 33601-0800                                                         San Diego, CA 92123-2255


Midland Funding LLC                     SYNC/Gap                             St. Josephs Hospital North
8875 Aero Dr #200                       P O Box 965005                       P O Box 403600
San Diego, CA 92123-2255                Orlando, FL 32896-5005               Atlanta, GA 30384-3600


Suncoast Credit Union                   Suncoast Schools Federal             Target National Bank
P O Box 11904                           Credit Union                         P O Box 673
Tampa, FL 33680-1904                    6801 E Hillsborough Avenue           Minneapolis, MN 55440-0673
                                        Tampa, FL 33610-4110


(p)TOYOTA MOTOR CREDIT CORPORATION      Wells Fargo Bank NA                  Wells Fargo Bank NA
PO BOX 8026                             101 W Washington Street              4101 Wiseman Blvd
CEDAR RAPIDS IA 52408-8026              Marquette, MI 49855-4319             San Antonio, TX 78251-4200


Wells Fargo Home Mortgage               United States Trustee - TPA7/13 7+   Ronald R. Bidwell +
P O Box 659558                          Timberlake Annex, Suite 1200         Law Office of Ronald R Bidwell PA
San Antonio, TX 78265-9558              501 E Polk Street                    1205 W Fletcher Ave Suite B
                                        Tampa, FL 33602-3949                 Tampa, FL 33612-3324


Kelly Remick +                          Note: Entries with a '+' at the end of the
Chapter 13 Standing Trustee             name have an email address on file in CMECF
Post Office Box 6099
Sun City, FL 33571-6099
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Horizon Financial Management
585 Broadway, Suite 880
Merrillville, IN 46410

Toyota Motor Credit
5005 N River blvd NE
Cedar Rapids, IA 52411-6634

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28