**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

Case No: 8:15-bk-12353-MGW
Chapter 13

LANA LASTRA VARGO

_____/

**REPORT OF UNCLAIMED FUNDS**

After making distributions of monies received in this case, the Chapter 13 Standing Trustee states that all checks issued prior to January 14, 2021, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 1158690 | $2,324.00 | Lana Lastra Vargo<br>3310 Korina Lane<br>Tampa, FL 33618 |

Pursuant to the provisions of 11 U.S.C. Section 347, the Trustee submits these funds totaling $2,324.00 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

Dated: March 29, 2021.

/s/ Kelly Remick
Kelly Remick
Chapter 13 Standing Trustee
P.O. Box 6099
Sun City Center, FL 33571-6099
Phone (813) 658-1165
Fax (813) 658-1166

Cc: Clerk, U.S. Bankruptcy Court/Court Registry